John N. Stearns, Respondent, v. George Edward Kent, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Thomas and Rich, JJ.

Samuel Stein, Respondent, v. Brooklyn Ash Can Manufacturing Company, Appellant.— Judgment of the Municipal Court reversed, and the complaint dismissed, with costs, upon the ground that the evidence conclusively establishes that the contract was with Solomon Redlich personally, and not with the defendant. (See *Spencer* v. *Huntington*, 100 App. Div. 463; affd. on opinion below, 183 N. Y. 506.) Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Charles G. Stewart, Respondent, v. General Accident, Fire and Life Assurance Corporation, Limited, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Richard L. Vaughan, Respondent, v. Firemen's Insurance Company of Newark, New Jersey, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Charles J. Wade, Appellant, v. Navahoe Realty Company and David A. L'Esperance, Jr., Respondents.— Motion for stay denied. Order reversed, with disbursements to abide event. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Jacob Walczyk, Respondent, v. Annie Lesnowski, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.